**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00326-RPM

JAMES BRYANT,

    Plaintiff,

v.

WILDCAT CONSTRUCTION,

Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE SCHEDULING CONFERENCE**
_____

    THIS MATTER, having come before the Court on the Plaintiff's Motion for Leave to Appear Telephonically at the Scheduling Conference (the "Motion"), and the Court, having reviewed the file and otherwise being fully apprised in the premise, hereby

    GRANTS the Motion. Counsel for the Plaintiff is hereby granted leave to appear telephonically at the Scheduling Conference currently set for Thursday, March 29, 2012 at 10:30 a.m.

    DATED: March 21st, 2012.

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge