**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 2012-CV-00326-RPM

JAMES BRYANT,

    Plaintiff,

v.

WILDCAT CONSTRUCTION CO., INC.,

    Defendant.

_____

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

    WHEREAS, pursuant to Fed. R. Civ. P. 41(a), the parties have jointly stipulated to the dismissal of this action with prejudice, each party to bear his or its own costs.

    IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear his or its own costs.

    Dated this 11th day of December, 2012.

                          BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Disrict Judge